IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WENDELL JOE SCHUMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV17 |
| | ) | |
| v. | ) | |
| | ) | |
| SYNGENTA CORPORATION, | ) | ORDER |
| SYNGENTA CROP PROTECTION LLC, | ) | |
| and SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion for leave to withdraw as counsel and consent to withdraw (Filing No. 11) and motion for leave to withdraw as counsel (Filing No. 12). The Court notes the first motion should be stricken and the second motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion for leave to withdraw as counsel and consent to withdraw (Filing No. 11) is stricken because of an incorrect reference in the motion.

2) The motion for leave to withdraw as counsel (Filing No. 12) is granted. David A. Domina, Brian E. Jorde and Domina

Law Group is deemed withdrawn as counsel for plaintiff.  The Clerk of Court shall remove the names from CM/ECF.

DATED this 16th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court